IN THE

# SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW JERSEY.

JUNE TERM, 1917.

---

ALFRED H. ELLIS, ADMINISTRATOR, RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, PROSECUTOR.

Submitted May 28, 1917—Decided June 28, 1917.

In an action brought by an administrator under the "Death act" a motion to *non pros.*, if granted, is without costs against the plaintiff. The case of *Kinney, Administrator,* v. *Central Railroad Co.,* 34 *N. J. L.* 273, followed.

---

On motion to *non pros.*

Before Justices GARRISON, PARKER and BERGEN.

For the motion, *John A. Hartpence.*

*Contra, Warren Dixon.*

The opinion of the court was delivered by

GARRISON, J. This is a motion for *non pros.*, and for the allowance of costs in favor of defendant against the plaintiff, who is an administrator suing under the "Death act." The

349

court granted the *non pros.*, but reserved the question of costs, with leave to defendant to submit a memorandum in support of the application therefor against the administrator, which has now been handed to the court.

In his memorandum counsel frankly admits that in the case of *Kinney* v. *Central Railroad Co.* (1870), 34 *N. J. L.* 273, this court decided that a defendant could not recover costs against an administrator in an action brought under the "Death act." He also admits that for nearly fifty years this rule has been applied in this court. He then argues with much force that the rule is wrong, for the reason that the administrator does not sue in the right of his intestate, but in the right of statutory beneficiaries. We express no opinion as to whether the original decision of this question was correct or not, for the reason that it is the judicial habit of this court under the circumstances now before us to follow its own previous decision, leaving it to the Court of Errors and Appeals to review the legal merits of such decision.

The rule of *non pros.* may be entered, without costs.